## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Gary E. Fohringer                          BK NO. 21-01186 MJC
      Lois M. Fohringer

               Debtor(s)          Chapter 13


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 and index same on the master mailing list.


           Respectfully submitted,

/s/ 

Rebecca Solarz
10 Aug 2021, 14:25:44, EDT


           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322

Document ID: 7237f54bbb5c1c74b0dd08cac1e9b2c13214b5950272017ce67bM12s1487tbl