<u>**LOCAL BANKRUPTCY FORM 9013-3**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Gary E. Fohringer<br>Lois M. Fohringer | : | CHAPTER  13 |
| | : | |
| | : | CASE NO. 4 - 21 -bk- 01186 |
| **Debtor(s)**<br>Gary E. Fohringer<br>Lois M. Fohringer | : | ADVERSARY NO. __-__ -ap-_____<br>(if applicable) |
| **Plaintiff(s)/Movant(s)**<br>vs.<br>US National Association, not in its individual capacity but soleyas indenture trustee for the holders of the CIM Trust 2021-R3, Mortgage Backed Notes, Series 2021-R3<br>Select Portfolio Servicing Inc. | : | Nature of Proceeding: _____<br><br>Confirmation Hearing |
| **Defendant(s)/Respondent(s)** | : | Document #: _____ |

<u>**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**</u>[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
parties are working on a resolution to the objection filed by Respondent to the confirmation of plan.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/18/2021                         /s/ Leah M. Stump-Lesley

                                                    Attorney for Debtor
                                                    Name: Leah M. Stump-Lesley
                                                    Phone Number: 717-692-5533

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.