United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 21-01186-MJC |
|---|---|
| Gary E Fohringer | Chapter 13 |
| Lois M Fohringer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary E Fohringer, Lois M Fohringer, 129 Fiedler Road, Woodward, PA 16882-8408 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5411968 | + | Apothaker & Associates, PC, 520 Fellowship Road, C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 07 2026 19:01:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | EDI: PRA.COM | Jul 07 2026 22:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411966 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 07 2026 19:00:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Drive #350, Minneapolis, MN 55437 |
| 5414119 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 07 2026 19:00:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5411969 | | Email/Text: ashley.gjorgjeski@arconcredit.com | Jul 07 2026 19:01:00 | Arcon Credit Solutions, 8425 Seasons Parkway Suite 106, Saint Paul, MN 55125 |
| 5420310 | | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 19:04:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5413616 | + | Email/Text: bkfilings@zwickerpc.com | Jul 07 2026 19:01:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5413625 | + | Email/Text: bkfilings@zwickerpc.com | Jul 07 2026 19:01:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5411967 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 19:04:54 | Amex, Correspondence, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5411971 | | EDI: CITICORP | Jul 07 2026 22:52:00 | Citibank, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 5411973 | | EDI: CITICORP | Jul 07 2026 22:52:00 | Citicards Cbna, Centralized Bankruptcy Department, P.O. Box 20507, Kansas City, MO 64195 |
| 5411976 | | Email/Text: mzatezalo@crownasset.com | Jul 07 2026 19:01:00 | Crown Asset Management, LLC, 3355 Breckenridge Blvd., #132, Duluth, GA 30096 |
| 5411970 | + | Email/Text: bankruptcy@cavps.com | | |

| | | | |
|---|---|---|---|
| | | Jul 07 2026 19:01:00 | Cavalry Portfolio Services, LLC, Attn: Bankrutcy Department, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 5423765 | + Email/Text: bankruptcy@cavps.com | Jul 07 2026 19:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411972 | + EDI: CITICORP | Jul 07 2026 22:52:00 | Citibank/Sears, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195-0363 |
| 5411974 | + EDI: CITICORP | Jul 07 2026 22:52:00 | Citicards CBNA, P.O. Box 6077, Sioux Falls, SD 57117-6077 |
| 5411975 | EDI: WFNNB.COM | Jul 07 2026 22:52:00 | Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5411977 | ^ MEBN | Jul 07 2026 18:57:33 | D&A Services LLC, 1400 E. Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 5413693 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 07 2026 19:00:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5411978 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 07 2026 19:00:00 | First National Bank or Pennsylvania, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 5411979 | + EDI: JPMORGANCHASE | Jul 07 2026 22:52:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5420942 | + Email/Text: RASEBN@raslg.com | Jul 07 2026 19:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5420522 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5411982 | EDI: PRA.COM | Jul 07 2026 22:52:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 5411981 | EDI: PRA.COM | Jul 07 2026 22:52:00 | Portfolio Recovery Associates, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 5423086 | EDI: PRA.COM | Jul 07 2026 22:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5422896 | EDI: Q3G.COM | Jul 07 2026 22:52:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5411983 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2026 19:01:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5412254 | + EDI: PRA.COM | Jul 07 2026 22:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411984 | EDI: SYNC | Jul 07 2026 22:52:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 5428597 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2026 19:01:00 | U.S. Bank National Association, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5411985 | + Email/Text: bkfilings@zwickerpc.com | Jul 07 2026 19:01:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 5411980 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:01:00 | midland credit management, Attn: bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Lois M Fohringer lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Gary E Fohringer lstump@shepleylaw.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|

**Information to identify the case:**

Debtor 1    Gary E Fohringer

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–8811

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    Lois M Fohringer

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–0261

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   4:21–bk–01186–MJC

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary E Fohringer

Lois M Fohringer

**By the court:**

7/7/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**